Nicolas Chapuis, Appellant, *v.* May A. Mathot, Impleaded, etc., Respondent.

*Chapuis* v. *Mathot,* 91 Hun, 565, affirmed.
(Argued January 26, 1898; decided March 1, 1898.)

Appeal from a final judgment of the Supreme Court in the first judicial department, entered March 21, 1896, upon an order affirming an interlocutory judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to the complaint.

*Arthur Furber* for appellant.

*William L. Mathot* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except Parker, Ch. J., not sitting.

---

Patrick O'Hara, Respondent, *v.* The Third Avenue Railroad Company, Appellant.

*O'Hara* v. *Third Avenue R. R. Co.,* 11 Misc. Rep. 708, affirmed.
(Argued January 27, 1898; decided March 1, 1898.)

Appeal from a judgment of the General Term of the late Superior Court of the city of New York, entered January 9, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Nathan Ottinger* for appellant.

*Charles Steckler* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.